ADAM PAUL LAXALT
Attorney General
KATHLEEN BRADY
Nevada Bar No. 11525
Deputy Attorney General
555 Wright Way
Carson City, Nevada 89711
Telephone: (775) 684-4605
Fax: (775) 684-4601
KBrady@ag.nv.gov
*Attorneys for Defendant*
*Connie Bisbee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEROY C. RODRIGUEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>CONNIE BISBEE,<br><br>   Defendant. | Case No. 3:16-cv-00213-MMD-VPC |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Leroy C. Rodriguez, pro se, and Defendant Connie S. Bisbee, the Chairman of the Nevada Board of Parole Commissioners (hereinafter "Defendant"), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Kathleen Brady, Deputy Attorney General, that the Complaint in the above-captioned matter be dismissed in its entirety without prejudice.

/ / /

/ / /

/ / /

/ / /

1  This Stipulation for Dismissal was agreed to by the parties in this matter at an Early Inmate
2  Mediation Conference held on January 31, 2017, and was reaffirmed on the court record on February 1,
3  2017.  Each party shall bear their own attorney fees and costs.

Dated: *February 6* 2-6 , 2016 7.

*[signature]*
Leroy C. Rodriguez
Plaintiff, *Pro Se*

Dated: *February 7 2017* , 2016.

ADAM PAUL LAXALT
Nevada Attorney General

By: *[signature]*
Kathleen Brady
Deputy Attorney General
*Attorneys for Defendant*

IT IS SO ORDERED.

*[signature]*
UNITED STATES ~~MAGISTRATE~~ JUDGE
DATED: February 9, 2017

-2-